AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Rejeanne Bernier,
    Plaintiff

V.

Travelers Property Casualty Insurance Company, Inc.,
    Defendant

V.

Jessie Croteau; ICS Professional Services, Inc.
    Intervenor Defendants

CLSB; Paul Bardos; CSLB
    Movants

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 11cv78-JLS(RBB)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court Denies Bernier's Motion to Remand based on the joinder of a non-diverse party, Denies the third-party motion to intervene, and Grants Travelers' Motion for Summary Judgment. Litigation is concluded in this matter and the Clerk shall close the file.

| May 22, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ L. Hammer |
| | (By) Deputy Clerk |
| | ENTERED ON May 22, 2012 |