UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REJEANNE BERNIER,<br><br>                                Plaintiff,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, INC.,<br><br>                              Defendant. | Case No.: 11-CV-78 JLS (RBB)<br><br>**ORDER: (1) LIFTING STAY, AND (2) ORDERING THE PARTIES TO FILE JOINT STATUS REPORT REGARDING PLAINTIFF'S PENDING MOTION TO RE-TAX COSTS**<br><br>(ECF Nos. 90, 105) |

      Presently before the Court is Plaintiff Rejeanne Bernier's Motion to Re-Tax the Clerk's Bill of Costs in Favor of Defendant Travelers Property Casualty Insurance Company. (Mot. to Re-Tax Costs, ECF No. 90.) On October 15, 212, while the Motion to Re-Tax Costs was pending, the Court stayed this action pursuant to 11 U.S.C. § 362(a)(1) and ordered the parties to submit a motion to lift the stay within seven days "of the date the bankruptcy case is closed or dismissed, or the discharge is granted or denied." (ECF No. 105 at 3.)

      Although the parties never filed a motion to lift the stay, the Court notes that the underlying bankruptcy case was closed on August 20, 2013. *See* Order, *In re Bernier*, No.

/ / /

/ / /

12-12593-MM (Bankr. S.D. Cal. Aug. 20, 2013), ECF No. 142.[1]  Accordingly, the stay is **HEREBY LIFTED** (ECF No. 105) and the Court **HEREBY ORDERS** the parties to file a joint status report informing the Court of the status of Plaintiff's Motion to Re-Tax Costs (ECF No. 90) within <u>fourteen (14) days</u> of the date on which this Order is electronically docketed.

     **IT IS SO ORDERED.**

Dated: July 13, 2016

Hon. Janis L. Sammartino
United States District Judge

---

[1] The Court may sua sponte judicially notice the docket of the bankruptcy proceeding. *See, e.g.*, *Headwaters Inc. v. U.S. Forest Serv.*, 399 F.3d 1047, 1051 n.3 (9th Cir. 2005) ("The record in this case is silent on what happened next, but we may take judicial notice of the *American Lands* docket . . . .") (citing *Biggs v. Terhune*, 334 F.3d 910, 915 n.3 (9th Cir. 2003) ("Materials from a proceeding in another tribunal are appropriate for judicial notice.")).